AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | ) Case No.    1:25-cr-00122-JJM-AEM |
| ADAM YOUNG | ) |
| *Defendant* | ) |

### APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Adam Young                                                              .

Date:    11/30/2025

/s/ Charles A Tamuleviz
*Attorney's signature*

Charles A Tamuleviz RI Bar No. 6115
*Printed name and bar number*
McLaughlinQuinn LLC
148 West River Street, Suite 1E
Providence, RI 02903

*Address*

chuck@mclaughlinquinn.com
*E-mail address*

(401) 655-2205
*Telephone number*

(401) 421-5141
*FAX number*